Dan Siegel, State Bar No. 56400
Sonya Z. Mehta, State Bar No. 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 754-3021
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
sonyamehta@siegelyee.com

Attorneys for Plaintiff
GABRIELLE NEVITT, Ph.D

SANDRA L. McDONOUGH (SBN 193308)
smcdonough@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
The Regents of the University of California

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendants. | Case No. 2:20-cv-02311-MCE-CKD<br><br>**STIPULATION TO FILING SUPPLEMENTAL COMPLAINT**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Complaint Filed:   November 19, 2020 |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Supplemental Complaint, a copy of which is attached hereto, without filing a motion for leave to do so.  In so stipulating

---

*Nevitt v. The Regents of the University of California*, No. 2:20-cv-02311-MCE-CKD
Stipulation to Filing Supplemental Complaint – 1

1   to the Supplemental Complaint, The Regents does not acknowledge, confirm, or
2   otherwise concede to the merits of the newly pled allegations. Plaintiff agrees that
3   defendants deny the allegations made against it in the attached Supplemental
4   Complaint and reserve all rights, defenses, and objections that may be raised or
5   otherwise directed toward said Supplemental Complaint.
6       The Government Code § 8547.10 claim requires Plaintiff to administratively
7   exhaust through the University.  On June 18, 2021, the University dismissed Plaintiff's
8   California Government Code § 8547, California Whistleblower Protection Act,
9   administrative complaint, against University of California Chancellor Gary May.  On
10  September 27, 2021, the University dismissed the remainder of the complaint, which
11  was against Professor Edwin Grosholz, as untimely.  Plaintiff now pleads the
12  Government Code  § 8547.10 claim in this Court and has thus added defendants
13  Chancellor Gary May and Professor Edwin Grosholz.
14      In addition, on or about April 2, 2021, the University denied Plaintiff a
15  promotion.
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

*Nevitt v. The Regents of the University of California*, No. 2:20-cv-02311-MCE-CKD
Stipulation to Filing Supplemental Complaint – 2

IT IS FURTHER STIPULATED that The Regents waives notice and service of the Supplemental Complaint and shall be permitted, but not required, to answer to the supplemental facts, and that all denials, responses, and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the supplemental complaint if an amended responsive pleading is not filed. However, the newly added individual defendants will file a responsive pleading.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 18, 2021

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/
SANDRA L. McDONOUGH
Attorneys for Defendant The Regents of the University of California

Dated: October 18, 2021

SIEGEL, YEE, BRUNNER & MEHTA

By: /s/
Sonya Z. Mehta
Attorneys for Plaintiff
GABRIELLE NEVITT, Ph.D

**ORDER**

IT IS SO ORDERED.

DATED: November 3, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

*Nevitt v. The Regents of the University of California*, No. 2:20-cv-02311-MCE-CKD
Stipulation to Filing Supplemental Complaint – 3