1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

13
14
15
16
17
18

| GABRIELLE NEVITT, Ph.D., | Case No. 2:20-CV-02311-MCE-CKD |
|---|---|
| Plaintiff, | **ORDER TO EXTEND TIME FOR DEFENDANTS GARY MAY AND EDWIN GROSHOLZ TO ANSWER FIRST AMENDED COMPLAINT** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Judge:           Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>Crtrm.:          7 |
| Defendant. | Trial Date:     None Set |

19
20
21
22
23
24
25
26
27
28

**ORDER**

THE COURT, having received and reviewed the Joint Stipulation ("Stipulation"), and GOOD CAUSE appearing, herein orders as follows:

1. Defendants Gary May and Edwin Grosholz are granted an extension to answer or otherwise respond to Plaintiff Gabrielle Nevitt's First Amended Complaint until and including December 27, 2021.

IT IS SO ORDERED.

Dated:  December 17, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE