SANDRA L. McDONOUGH (SBN 193308)
smcdonough@paulplevin.com
EVA A. ADEL (SBN 329490)
eadel@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants The Regents of the University of California, Gary May and Edwin Grosholz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D., | Case No. 2:20-CV-02311-MCE-CKD |
| Plaintiff, | **JOINT STIPULATION REGARDING CONTINUANCE OF DISCOVERY AND MOTION DEADLINES AND ORDER** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>Crtrm.: 7 |
| Defendant. | Trial Date: None Set |

This Joint Stipulation is made by and between Plaintiff Gabrielle Nevitt ("Plaintiff") and Defendants The Regents of the University of California, Gary May and Edwin Grosholz (collectively, "Defendants"), through their respective counsel, in light of the following facts:

**RECITALS**

1.  The parties to the above-entitled action hereby submit this Joint Stipulation to Continue Discovery Deadlines. Specifically, the parties seek to continue the discovery cutoff to February 28, 2023, for the limited and specific purpose of taking the depositions of only the following individuals. Defendants agree to produce by email any documents the following persons produce in response to the subpoenas issued by Defendants, promptly upon Defendants' receipt of said documents.

- PAOLA A. PRADA-TIEDEMANN (Defense witness)
- GABRIELLE R. NAMES (Defense witness)
- SEAN CLEMENZA (Plaintiff's witness)
- CHRIS TYSON (Defense witness)
- ANDREA FORSTER (Defense witness)
- ANNE GASKETT (Defense witness)
- SUZANNE SKELLY (Defense witness)
- MEGAN FRIESEN (Defense witness)
- NICOLA S. CLAYTON (Defense witness)
- MATT SAVOCA (Defense witness)

2. SARAH JENNINGS (Defense witness)Per the Initial Pretrial Scheduling Order Case 2:20-cv-02311-MCE-CKD, Document 5, Filed November 19, 2020, the Court set the following deadlines, in relevant part:

> "All discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty−five (365) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by

appropriate order if necessary and, where discovery has been ordered, the order has been obeyed."

3. The current discovery cutoff is **December 27, 2022**, recalculated per Initial Pretrial Scheduling Order based on the last day to plead in response to the First Amended Complaint (which was December 27, 2021 +365 days). This renders **December 13, 2022,** as the last day to reasonably notice a deposition (by hand, electronic means or otherwise under FRCP 5(b)(2)(A), (B) or (E)) and **December 27, 2022,** as the last day to complete any deposition.

4. The Parties agreed to stipulate to setting the above referenced depositions outside the discovery cut-off in this case, and setting dates before February 28, 2023, as that is plaintiff's counsel and Plaintiff's earliest availability for ten depositions noticed by Defendant on November 29, 2022.

5. The Parties further stipulate to a briefing schedule regarding summary judgment.

6. Per the Initial Pretrial Scheduling Order Case 2:20-cv-02311-MCE-CKD, Document 5, Filed November 19, 2020, the Court set the following deadlines, in relevant part:

> "The parties shall file dispositive motions no later than one hundred eighty (180) days after the close of non−expert discovery…The opposition or statement of non−opposition, and reply due dates shall be filed in accordance with the original motion hearing date."

7. Per Local Rule 230(c), (d), Opposition briefs shall be filed no later than fourteen (14) days after the motion was filed. No later than ten (10) days after the Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a responding party.

8. Per Local Rule 230(b), "the matter shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard not less than thirty-five (35) days after service and filing of the motion."

9. The current last day to file a motion for summary judgment is June 23, 2023. This renders Plaintiff's Opposition currently due July 7, 2023, and Defendants' Reply Brief due July 17, 2023. The earliest the hearing may take place is July 28, 2023.

10. Given that this is a fact intensive case, the Parties stipulate to the following revised briefing schedule for the Opposition and Reply briefs only: Opposition briefs shall be filed no later

than twenty-one (21) days after the motion was filed.  No later than fourteen (14) days after the Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a responding party.  This renders Plaintiff's Opposition due **July 14, 2023**, and Defendants' Reply Brief due **July 28, 2023**.  The earliest the hearing may take place is July 28, 2023, but the parties assume this date will be extended out to a date convenient to the Court to give the Court sufficient time to read the papers (eleven (11) days which are the minimum under the stated briefing schedule).

11. The Parties further agree on a mutual 1 (one) month extension for disclosures of expert witnesses, to be extended from February 24, 2023 to March 24, 2023, and that the deadline for the parties to designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party per Initial Pretrial Scheduling Order be moved by 1 (one) month from March 24, 2023 to April 24, 2023.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree through their counsel of record as follows:

12. The discovery cut-off is extended to February 28, 2023, for the limited purpose of allowing the parties to participate in the above-referenced depositions only.

13. The briefing deadlines are extended on Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication such that Plaintiff's Opposition to the Motion is filed no later than twenty-one (21) days after the motion was filed and Defendants' Reply brief in support of their Motion is due no later than fourteen (14) days after the Opposition is filed.

14. The deadline for disclosures of expert witnesses be extended from February 24, 2023 to March 24, 2023, and that the deadline for the parties to designate a supplemental list of expert witnesses be moved from March 24, 2023 to April 24, 2023.

15. This stipulation, including recitals, may not be used for any purpose other than this requested continuance.

Dated:  December 20, 2022          PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:  */s/ Sandra L. McDonough*
SANDRA L. McDONOUGH
EVA A. ADEL
Attorneys for Defendants The Regents of the University of California, Gary May and Edwin Grosholz

Dated:  December 20, 2022          SIEGEL, YEE, BRUNNER & MEHTA

By:  */s/ Sonya Z. Mehta*
SONYA Z. MEHTA
Attorneys for Plaintiff Gabrielle Nevitt

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation Regarding Continuance of Discovery and Motion Deadlines, and good cause appearing therefore, hereby orders as follows:

1. The discovery cutoff is continued to February 28, 2023, for the limited and specific purpose of taking the depositions of only the following individuals: Paola A. Prada-Tiedemann; Gabrielle R. Names; Sean Clemenza; Chris Tyson; Andrea Forster; Anne Gaskett; Suzanne Skelly; Megan Friesen; Nicola S. Clayton; Matt Savoca; Sarah Jennings.

2. The following revised briefing schedule shall apply to the Opposition and Reply briefs only: Opposition briefs shall be filed no later than twenty-one (21) days after the motion was filed. No later than fourteen (14) days after the Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a responding party. This renders Plaintiff's Opposition due July 14, 2023, and Defendants' Reply Brief due July 28, 2023. The earliest the hearing may take place is July 28, 2023, but the parties assume this date will be extended out to a date convenient to the Court to give the Court sufficient time to read the papers (eleven (11) days which are the minimum under the stated briefing schedule).

3. A mutual 1 (one) month extension for disclosures of expert witnesses, to be extended from February 24, 2023 to March 24, 2023, and the deadline for the parties to designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party per Initial Pretrial Scheduling Order be moved by 1 (one) month from March 24, 2023 to April 24, 2023.

IT IS SO ORDERED.

Dated: January 5, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE