UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D., | Case No. 2:20-CV-02311-MCE-CKD |
| Plaintiff, | **ORDER SEALING DOCUMENTS REQUESTED TO BE SEALED BY DEFENDANTS** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>Crtrm.: 7<br>Trial Date: None Set |
| Defendant. | |

Pursuant to Local Rule 141 (b) and based upon the representation contained in Defendants' Request to Seal, IT IS HEREBY ORDERED that the following Defendant's EXHIBITS anticipated to be filed on or about June 23, 2023, in support of their Motions for Summary Judgment, shall be SEALED for a period of one year from the date this Order is electronically filed:

- Exhibit 30 to Stanton Deposition;
- Exhibit 31 to Stanton Deposition;
- Exhibit 36 to Stanton Deposition;
- Exhibit 37 to Stanton Deposition;
- Exhibit 38 to Stanton Deposition;
- Exhibit 69 to Usrey Deposition;
- Portions of Action Form Non-Redelegated Merit 2018 including Vice Provosts Final Decision, Committee on Academic Personnel Letter, Dean's Recommendation and Letter, Department Letter, Overall Comments, Candidates Disclosure Certificate and Candidates response to Departmental Letter, Clemenza Recommendation and Candidates Statement;
- Portions of Action Form Non-Redelegated Merit 2021 including Vice Provosts Final Decision, Committee on Academic Personnel Letter, Dean's Recommendation and Letter, Department Letter, Overall Comments, Letter of Censure, Candidate's Disclosure Certificate, Response to Department Letter, Candidates Statement;
- Privilege & Tenure Hearing Transcripts;
- December 3, 2019 Censure Letter from Chancellor;
- Confidential APM-015 Investigation Report.

It is further ordered that access to the sealed documents shall be limited to the parties identified in the Parties' PO section 7.2 (Disclosure of "CONFIDENTIAL" Items). The Court finds that, for the reasons stated in the Defendant's request, sealing the Defendant's documents serves a compelling interest. Should the parties wish to extend the period of sealing, they are directed to file a request for an extension prior to the expiration of the sealing order.

IT IS SO ORDERED.

Dated: June 26, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE