Dan Siegel, SBN 56400
Sonya Z. Mehta, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 754-3021
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
sonyamehta@siegelyee.com

Attorneys for Plaintiff
GABRIELLE NEVITT, Ph.D

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D, <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and individuals CHANCELLOR GARY MAY and EDWIN GROSHOLZ, in their individual capacities, <br><br> Defendants. | Case No. 2:20-cv-02311-MCE-CKD <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL** <br><br> Case Filed: November 19, 2020 <br> Trial Date: None set <br> Judge: Hon. Morrison C. England, Jr. |

Pursuant to Local Rule 141 (b) and based upon the representation contained in Plaintiff's Request to Seal (ECF No. 43, 51), IT IS HEREBY ORDERED that the Plaintiff Request to Seal ("PRS") PRS 1-121 shall be sealed:

- Exhibit 81 to Hahn Deposition;
- Grosholz email;
- Grosholz email;
- Administrator B interview;

---

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to Seal – 1

- Grosholz email;
- Grosholz and Nevitt emails;
- Professor N interview;
- Graduate Student D interview;
- Exhibit 140 to Tyson Deposition;
- Graduate Student I interview;
- Nevitt recommendation letters;
- Excerpt from Graduate Student E interview;
- Professor O interview;
- Nevitt email;
- Tyson email;
- Tyson email;
- Tyson email;
- Tyson email;
- Sturdy email;
- Sturdy email;
- Chair A interview;
- Grosholz email;
- Delplanque letter;
- Savoca emails;
- Grosholz email;
- Grosholz letter, Nevitt's response;
- Professor P interview;
- Grosholz letter;
- Graduate Council denial;
- Hahn email;
- Lilliedol email;

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to Seal – 2

- Hahn email;
- Siegel letter;
- Clemenza emails;
- Vanderlist letter;
- Staff Member Q interview;
- Hahn email;
- Exhibit 106 to Hahn Deposition;
- Undergraduate Researcher S interview;
- Exhibit 23 to Nevitt Deposition;
- Exhibit 39 to Stanton Deposition;
- Hahn email;
- Thank you cards;
- Professor P interview;
- Graduate Student D interview;
- Postdoc T statement;
- Graduate Student G interview;
- Graduate Student H interview;
- Graduate Student I interview;
- Graduate Student J interview;
- Undergraduate Researcher R interview;
- Undergraduate Researcher S interview;
- Graduate Student U interview;
- Nevitt email;
- Nevitt email.

It is further ordered that access to the sealed documents shall be limited to the parties identified in the Parties' PO section 7.2 (Disclosure of "CONFIDENTIAL" Items). The Court finds that, for the reasons stated in the Plaintiff's request, sealing the

---

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to Seal – 3

documents serves a compelling interest.  The documents shall be sealed for a period of one year from the date this Order is electronically filed.  If the parties determine an additional period of sealing may be warranted, they may file a request for an extension with the Court.

Finally, Plaintiff did not request to file unredacted versions of its opposition brief or statements of facts under seal.  Not later than five (5) days following the date this Order is electronically filed, Plaintiff shall do so.

IT IS SO ORDERED.

Dated:  August 7, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to Seal – 4