Dan Siegel, SBN 56400
Sonya Z. Mehta, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 754-3021
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
sonyamehta@siegelyee.com

Attorneys for Plaintiff
GABRIELLE NEVITT, Ph.D

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D, <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and individuals CHANCELLOR GARY MAY and EDWIN GROSHOLZ, in their individual capacities, <br><br> Defendants. | Case No. 2:20-cv-02311-MCE-CKD <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO ADDRESS DEFENDANTS' OBJECTIONS TO PLAINTIFF'S OPPOSITION EVIDENCE** <br><br> Case Filed: November 19, 2020 <br> Trial Date: None set <br> Judge: Hon. Morrison C. England, Jr. |

Having reviewed Plaintiff's Request to Address Defendants' Objections at Docket 53, the Court finds good cause to allow Plaintiff to submit a brief addressing the objections. If the Court allows such a brief, Plaintiff can submit it by Friday, August 11, 2023.

IT IS HEREBY ORDERED.

Dated:  August 7, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE