Dan Siegel, SBN 56400
Sonya Z. Mehta, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 754-3021
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
sonyamehta@siegelyee.com

Attorneys for Plaintiff
GABRIELLE NEVITT, Ph.D

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D, <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and individuals CHANCELLOR GARY MAY and EDWIN GROSHOLZ, in their individual capacities, <br><br> Defendants. | Case No. 2:20-cv-02311-MCE-CKD <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE UNREDACTED PLEADINGS UNDER SEAL** <br><br> Case Filed: November 19, 2020 <br> Trial Date: None set <br> Judge: Hon. Morrison C. England, Jr. |

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to File Unredacted Pleadings under Seal – 1

Pursuant to Local Rule 141 (b) and based upon the representation contained in Plaintiff's Request to File Unredacted Pleadings under Seal, IT IS HEREBY ORDERED that the Plaintiff Request to file unredacted versions of Dockets 38 and 39, mailed to the Court on July 15, 2023; and 47 and 59, mailed to the Court on July 19, 2023, under seal, is GRANTED.

The following pleadings shall be sealed:

| Description | Authority |
| --- | --- |
| Docket 38. Opposition to Motion for Summary Judgment | References information cited in protective order. |
| Docket 39. Plaintiff's Separate Statement of Facts. | References information cited in protective order. |
| Docket 47. Corrected Plaintiff's Separate Statement of Facts. | References information cited in protective order. |
| Docket 59. Plaintiff's Response to Defendants' Objections to Plaintiff's Evidence ISO Opposition To MSJ. | References information cited in protective order. |

These documents shall be sealed for a period of one year from the date this Order is electronically filed. If the parties determine an additional period of sealing may be warranted, they may file a request for an extension with the Court.

IT IS SO ORDERED.

Dated:  August 16, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to File Unredacted Pleadings under Seal – 2