1  Dan Siegel, SBN 56400
2  Sonya Z. Mehta, SBN 294411
   SIEGEL, YEE, BRUNNER & MEHTA
3  475 14th Street, Suite 500
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  Email: danmsiegel@gmail.com
6  sonyamehta@siegelyee.com

7  Attorneys for Plaintiff
   GABRIELLE NEVITT, Ph.D
8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11 | GABRIELLE NEVITT, Ph.D,                          ) Case No. 2:20-cv-02311-MCE-CKD
12 |                                                  )
   |     Plaintiff,                                   ) **ORDER GRANTING PLAINTIFF'S**
13 |                                                  ) **MOTION FOR LEAVE TO FILE**
   | v.                                               ) **SUPPLEMENTAL COMPLAINT;**
14 |                                                  ) **FILED CONCURRENTLY WITH**
   | THE REGENTS OF THE                               ) **NOTICE OF MOTION, MOTION,**
15 | UNIVERSITY OF CALIFORNIA, and                    ) **AND DECLARATION OF SONYA Z.**
   | individuals CHANCELLOR GARY                      ) **MEHTA**
16 | MAY and EDWIN GROSHOLZ, in                       )
17 | their individual capacities,                     ) Hearing Date: May 2, 2024
   |                                                  ) Time: 10 a.m.
18 |     Defendants.                                  )
   |                                                  )
19 |                                                  ) Judge: Hon. Morrison C. England, Jr.
   |                                                  ) Magistrate Judge: Hon. Carolyn K.
20 |                                                  ) Delaney
   |                                                  ) Ctrm: 7
21 |                                                  ) Case Filed: November 19, 2020
22 |                                                  ) Trial Date: None set
23 |                                                  )

24
25
26
27
28

---

*Nevitt v. The Regents of the University of California*, No. 2:20-cv-02311-MCE-CKD
Order Plaintiff's Motion for Leave to Supplemental Complaint – 1

**ORDER**

Finding good cause, the Court GRANTS Plaintiff's motion to supplement her First Amended Complaint (ECF No. 63). That Supplemental Complaint shall be filed on the docket not later than April 15, 2024. Defendants' pending Motion for Summary Judgment (ECF No. 33) is DENIED without prejudice to renewal as set forth below.

Discovery shall be reopened only as to the supplemental allegations. All discovery shall be completed not later than ninety (90) days following the date this Order is electronically filed.

Any motion for summary judgment shall be filed not later than thirty (30) days following the close of discovery.

IT IS SO ORDERED.

Dated: April 12, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE