1  SANDRA L. McDONOUGH (SBN 193308)
   sandy.mcdonough@quarles.com
2  BRIANA M. ANTUNA (SBN 345529)
   briana.antuna@quarles.com
3  **QUARLES & BRADY LLP**
   101 West Broadway, Ninth Floor
4  San Diego, California 92101-8285
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  Attorneys for Defendants The Regents of the
   University of California, Gary May and Edwin
7  Grosholz

8

   DAN SIEGEL (SBN 56400)
9  danmsiegel@gmail.com
   SONYA MEHTA (SBN 294411)
10 sonyamehta@siegelyee.com
   SIEGEL, YEE, BRUNNER & MEHTA
11 475 14th Street, Suite 500
   Oakland, CA 94612
12 Telephone: 510-839-1200
   Facsimile: 510-444-6698
13
   Attorneys for Plaintiff, Gabrielle Nevitt, Ph.D.
14

15                    **UNITED STATES DISTRICT COURT**

16              **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

17

| | |
|---|---|
| 18  GABRIELLE NEVITT, Ph.D., | Case No. 2:20-CV-02311-MCE-CKD |
| 19         Plaintiff, | **JOINT STIPULATION TO CONTINUE THE DATE OF PLAINTIFF'S RESPONSE** |
| 20         v. | **TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER** |
| 21  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Judge:        Hon. Morrison C. England, Jr. |
| 22         Defendant. | Magistrate Judge: Hon. Carolyn K. Delaney |
| 23  | Crtrm.:        7<br>Trial Date:    None Set |

24

25

26

27

28

1  This Joint Stipulation is made by and between Plaintiff Gabrielle Nevitt ("Plaintiff") and
2  Defendants The Regents of the University of California, Gary May and Edwin Grosholz
3  (collectively, "Defendants"), through their respective counsel, in light of the following facts:

4  **RECITALS**

5  1.  The parties to the above-entitled action hereby submit this Joint Stipulation to
6  Continue the Date of Plaintiff's Response to Defendants' Motion for Summary Judgment.
7  Specifically, the parties seek to continue the response date by four weeks.

8  2.  Per the Order Granting Plaintiff's Motion for Leave to File Supplemental
9  Complaint Case 2:20-cv-02311-MCE-CKD, Document 68, Filed April 15, 2024, the Court set the
10  following deadlines, in relevant part:

11  "Discovery shall be reopened only as to the supplemental allegations. All discovery shall
12  be completed not later than ninety (90) days following the date this Order is electronically
13  filed.  Any motion for summary judgment shall be filed not later than thirty (30) days
14  following the close of discovery."

15  3.  Per Local Rule 230(c), (d), Opposition briefs shall be filed no later than fourteen
16  (14) days after the motion was filed.  No later than ten (10) days after the Opposition is filed, the
17  moving party may serve and file a Reply to any Opposition filed by a responding party.

18  4.  Per Local Rule 230(b), "the matter shall be set for hearing on the motion calendar
19  of the Judge or Magistrate Judge to whom the action has been assigned or before whom the
20  motion is to be heard not less than thirty-five (35) days after service and filing of the motion."

21  5.  The current last day to file a motion for summary judgment is August 14, 2024.
22  This renders Plaintiff's opposition currently due August 28, 2024, and Defendants' Reply Brief
23  due September 7, 2024.  The earliest the hearing may take place is September 18, 2024.

24  6.  Given that this is a fact intensive case, the Parties stipulate to the following revised
25  briefing schedule for the Opposition and Reply briefs only: Opposition briefs shall be filed no later
26  than twenty-eight (28) days after the motion was filed.  No later than fourteen (14) days after the
27  Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a
28  responding party.  This renders Plaintiff's Opposition due **September 13, 2024**, and Defendants'

1  Reply Brief due **September 27, 2024**.  The earliest the hearing may take place is September 18,
2  2024, but the parties assume this date will be extended out to a date convenient to the Court to
3  give the Court sufficient time to read the papers (eleven (11) days which are the minimum under
4  the stated briefing schedule).

## STIPULATION

6       NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree through their
7  counsel of record as follows:

8       7.    The briefing deadlines are extended on Defendants' Motion for Summary
9  Judgment, or, in the Alternative, Summary Adjudication, such that Plaintiff's Opposition to the
10 Motion is filed no later than twenty-eight (28) days after the motion was filed and Defendants'
11 Reply brief in support of their Motion is due no later than fourteen (14) days after the Opposition
12 is filed.

13      8.    This stipulation, including recitals, may not be used for any purpose other than this
14 requested continuance.

16 Dated:  May 31, 2024          QUARLES & BRADY LLP

18                                  By:    /s/ Sandra L. McDonough
19                                       SANDRA L. McDONOUGH
                                      BRIANA M. ANTUNA
20                                       Attorneys for Defendants The Regents of the
                                      University of California, Gary May and Edwin
21                                       Grosholz

22 Dated:  May 31, 2024          SIEGEL, YEE, BRUNNER & MEHTA

24                                  By:    /s/ Sonya Z. Mehta
25                                       DAN SIEGEL
                                      SONYA Z. MEHTA
26                                       Attorneys for Plaintiff Gabrielle Nevitt

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Continue the Date of Plaintiff's Response to Defendants' Motion for Summary Judgment, and good cause appearing therefore, hereby orders as follows:

1. The following revised briefing schedule shall apply to the Opposition and Reply briefs only: Opposition briefs shall be filed no later than twenty-eight (28) days after the motion was filed.  No later than fourteen (14) days after the Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a responding party.  This renders Plaintiff's Opposition due September 11, 2024, and Defendants' Reply Brief due September 27, 2024.  If a hearing is necessary, the Court will set it after the briefing is complete.

IT IS SO ORDERED.

Dated:  June 5, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE