SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants The Regents of the University of California, Gary May and Edwin Grosholz

DAN SIEGEL (SBN 56400)
danmsiegel@gmail.com
SONYA MEHTA (SBN 294411)
sonyamehta@siegelyee.com
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: 510-839-1200
Facsimile: 510-444-6698

Attorneys for Plaintiff, Gabrielle Nevitt, Ph.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:20-CV-02311-MCE-CKD<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF DISCOVERY DEADLINES AND ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>Crtrm.: 7<br>Trial Date: None Set |

JOINT STIPULATION REGARDING CONTINUANCE OF DISCOVERY DEADLINES AND ORDER

This Joint Stipulation is made by and between Plaintiff Gabrielle Nevitt ("Plaintiff") and Defendants The Regents of the University of California, Gary May and Edwin Grosholz (collectively, "Defendants"), through their respective counsel, in light of the following facts:

**RECITALS**

1. The parties to the above-entitled action hereby submit this Joint Stipulation to Continue Discovery Deadlines. Specifically, the parties seek to continue the deadline by two weeks for the limited purpose of Defendants providing responses to written discovery already propounded by Plaintiff as well as for taking Plaintiff's deposition.

2. Per the Order Granting Plaintiff's Motion for Leave to File Supplemental Complaint Case 2:20-cv-02311-MCE-CKD, Document 68, Filed April 15, 2024, the Court set the following deadlines, in relevant part:

> "Discovery shall be reopened only as to the supplemental allegations. All discovery shall be completed not later than ninety (90) days following the date this Order is electronically filed. Any motion for summary judgment shall be filed not later than thirty (30) days following the close of discovery."

3. On May 31, 2024, Plaintiff propounded interrogatories on Defendant Chancellor Gary May, requests for production of documents on Defendant The Regents of the University of California and requests for admissions on Defendant The Regents of the University of California[1].

4. On May 8, 2024, counsel for Defendants emailed counsel for Plaintiff seeking dates of availability for Plaintiff's deposition. On May 28, 2024, counsel for Plaintiff advised the week of July 8, 2024, would work for Plaintiff's deposition and July 9, 2024, was arranged for the deposition. Thereafter, on June 21, 2024, counsel for defendants noticed Plaintiff's virtual deposition for July 9, 2024. The parties agreed to 2.5 hours only for the deposition. Based on this stipulation, the parties will find a mutually agreeable date prior to the new discovery cut-off.

///

---

[1] Plaintiff propounded 8 interrogatories on May, 80 requests for production of documents on The Regents and 3 requests for admissions on The Regents.

2
JOINT STIPULATION REGARDING CONTINUANCE OF DISCOVERY DEADLINES AND ORDER

5. On July 1, 2024, counsel for Defendants requested an additional week extension on providing the discovery responses.

6. On July 8, 2024, counsel for Defendants requested another brief extension to July 12, 2024, to provide the discovery responses.

7. The Parties now request that the Court continue the current discovery cut-off for purposes of the supplemental allegations be continued two weeks to July 29, 2024, to allow Defendants time to provide the pending discovery responses to Plaintiff and for Defendants to take Plaintiff's deposition for purposes of her supplemental allegations. The parties do not agree to any other further discovery at this time.

8. This will not affect any other case deadline.

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree through their counsel of record as follows:

9. The discovery cut-off for Plaintiff's supplemental allegations be continued two weeks to July 29, 2024, to give Defendants sufficient time to provide the outstanding discovery responses and take Plaintiff's deposition for purposes of her supplemental allegations.

10. This stipulation, including recitals, may not be used for any purpose other than this requested continuance.

Dated: July 9, 2024         QUARLES & BRADY LLP

By:   /s/ Sandra L. McDonough
      SANDRA L. McDONOUGH
      Attorneys for Defendants The Regents of the
      University of California, Gary May and Edwin
      Grosholz

Dated: July 9, 2024         SIEGEL, YEE, BRUNNER & MEHTA

By:   /s/ Sonya Z. Mehta
      DAN SIEGEL
      SONYA Z. MEHTA
      Attorneys for Plaintiff Gabrielle Nevitt

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation Regarding Continuance of Discovery Deadlines, and good cause appearing therefore, hereby orders as follows:

1. The current discovery cut-off of July 15, 2024, is hereby continued to July 29, 2024 for the limited purposes of Defendants providing any outstanding discovery responses for to take the deposition of Plaintiff for purposes of her supplemental allegations.

IT IS SO ORDERED.

Dated: July 16, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE