SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
BRIANA M. ANTUNA (SBN 345529)
briana.antuna@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants The Regents of the University of California, Gary May and Edwin Grosholz

DAN SIEGEL (SBN 56400)
danmsiegel@gmail.com
SONYA MEHTA (SBN 294411)
sonyamehta@siegelyee.com
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: 510-839-1200
Facsimile: 510-444-6698

Attorneys for Plaintiff, Gabrielle Nevitt, Ph.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GABRIELLE NEVITT, Ph.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:20-CV-02311-MCE-CKD<br><br>**JOINT STIPULATION TO CONTINUE THE DATE OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AMENDED ORDER**<br><br>Judge:            Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>Crtrm.:           7<br>Trial Date:       None Set |

This Joint Stipulation is made by and between Plaintiff Gabrielle Nevitt ("Plaintiff") and Defendants The Regents of the University of California, Gary May and Edwin Grosholz (collectively, "Defendants"), through their respective counsel, in light of the following facts:

**RECITALS**

1. The parties to the above-entitled action hereby submit this Joint Stipulation to Continue the Date of Plaintiff's Response to Defendants' Motion for Summary Judgment. Specifically, the parties seek to continue the response date by four weeks.

2. Per the Order Granting Plaintiff's Motion for Leave to File Supplemental Complaint Case 2:20-cv-02311-MCE-CKD, Document 68, Filed April 15, 2024, the Court set the following deadlines, in relevant part:

> "Discovery shall be reopened only as to the supplemental allegations. All discovery shall be completed not later than ninety (90) days following the date this Order is electronically filed. Any motion for summary judgment shall be filed not later than thirty (30) days following the close of discovery."

3. Per Local Rule 230(c), (d), Opposition briefs shall be filed no later than fourteen (14) days after the motion was filed. No later than ten (10) days after the Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a responding party.

4. Per Local Rule 230(b), "the matter shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard not less than thirty-five (35) days after service and filing of the motion."

5. The current last day to file a motion for summary judgment is August 14, 2024. This renders Plaintiff's opposition currently due August 28, 2024, and Defendants' Reply Brief due September 7, 2024. The earliest the hearing may take place is September 18, 2024.

6. Given that this is a fact intensive case, the Parties stipulate to the following revised briefing schedule for the Opposition and Reply briefs only: Opposition briefs shall be filed no later than twenty-eight (28) days after the motion was filed. No later than fourteen (14) days after the Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a responding party. This renders Plaintiff's Opposition due **September 13, 2024**, and Defendants'

Reply Brief due **September 27, 2024**. The earliest the hearing may take place is September 18, 2024, but the parties assume this date will be extended out to a date convenient to the Court to give the Court sufficient time to read the papers (eleven (11) days which are the minimum under the stated briefing schedule).

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree through their counsel of record as follows:

7. The briefing deadlines are extended on Defendants' Motion for Summary Judgment, or, in the Alternative, Summary Adjudication, such that Plaintiff's Opposition to the Motion is filed no later than twenty-eight (28) days after the motion was filed and Defendants' Reply brief in support of their Motion is due no later than fourteen (14) days after the Opposition is filed.

8. This stipulation, including recitals, may not be used for any purpose other than this requested continuance.

Dated:  May 31, 2024         QUARLES & BRADY LLP

                             By:      /s/ Sandra L. McDonough
                                 SANDRA L. McDONOUGH
                                 BRIANA M. ANTUNA
                                 Attorneys for Defendants The Regents of the
                                 University of California, Gary May and Edwin
                                 Grosholz

Dated:  May 31, 2024         SIEGEL, YEE, BRUNNER & MEHTA

                             By:      /s/ Sonya Z. Mehta
                                 DAN SIEGEL
                                 SONYA Z. MEHTA
                                 Attorneys for Plaintiff Gabrielle Nevitt

**AMENDED ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Continue the Date of Plaintiff's Response to Defendants' Motion for Summary Judgment, and good cause appearing therefore, hereby amends the Order issued at ECF No. 72, nunc pro tunc to June 5, 2024, as follows:

1. The following revised briefing schedule shall apply to the Opposition and Reply briefs only: Opposition briefs shall be filed no later than twenty-eight (28) days after the motion was filed. No later than fourteen (14) days after the Opposition is filed, the moving party may serve and file a Reply to any Opposition filed by a responding party. This renders Plaintiff's Opposition due **September 13, 2024**, and Defendants' Reply Brief due September 27, 2024. If a hearing is necessary, the Court will set it after the briefing is complete.

IT IS SO ORDERED.

Dated: September 6, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE