DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
sonyamehta@siegelyee.com

Attorneys for Plaintiff
GABRIELLE NEVITT, Ph.D

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| GABRIELLE NEVITT, Ph.D, | ) Case No. 2:20-cv-02311-MCE-CKD |
|---|---|
| Plaintiff, | ) **ORDER GRANTING PLAINTIFF'S** |
| v. | ) **NOTICE OF REQUEST TO SEAL** ) **DOCUMENTS** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and individuals CHANCELLOR GARY MAY and EDWIN GROSHOLZ, in their individual capacities, | ) ) Case Filed: November 19, 2020 ) Trial Date: None set ) Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) |

Pursuant to Local Rule 141 (b) and based upon the representation contained in Plaintiff's Request to Seal, IT IS HEREBY ORDERED that the Documents covered in Plaintiff's Request to Seal shall be sealed:

| Description | Bates No. | Request to Seal Pagination | Authority |
|---|---|---|---|
| Professor P Interview | GN 672-674 | PRS 122-124 | Protective Order, Dkt. 15 |
| Spouse/Staff Member K | GN 651-656 | PRS 125-130 | Protective |

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to Seal – 1

| | | | |
|---|---|---|---|
| Interview | | | Order, Dkt. 15 |
| Philip Kass letter | REGENTS 005323 | PRS 131 | Protective Order, Dkt. 15 |
| Gabrielle Nevitt Grievance | REGENTS 009199-009203 | PRS 132-136 | Protective Order, Dkt. 15 |
| Marcel Losekoot email | REGENTS 004335 | PRS 137 | Protective Order, Dkt. 15 |
| Kat Kerlin, Gabrielle Nevitt emails | REGENTS 004411-004413 | PRS 138-140 | Protective Order, Dkt. 15 |
| Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative Summary Adjudication. | | | Protective Order, Dkt. 15 |
| Plaintiff's Separate Statement of Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment or, in the Alternative Summary Adjudication. | | | Protective Order, Dkt. 15 |
| Plaintiff's Response to Defendants' Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment or, in the Alternative Summary Adjudication. | | | Protective Order, Dkt. 15 |

It is further ordered that access to the sealed documents shall be limited to the parties identified in the Parties Protective Order, section 7.2 (Disclosure of CONFIDENTIAL Items.) The Court finds that, for the reasons stated in Plaintiff's Request, sealing the documents serves a compelling interest. The documents shall be sealed for a period of one year from the date this Order is electronically filed. If the parties determine an additional period of sealing may be warranted, they may file a request for an extension with the Court.

IT IS SO ORDERED.

DATED: September 30, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

*Nevitt v. The Regents of the University of California,* No. 2:20-cv-02311-MCE-CKD
Order Granting Plaintiff's Request to Seal – 2